UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: CHAPTER 13

DARLENE R. WESTBROOK  CASE NUMBER 8:09-bk-13680-MGW
_____/

## CHAPTER 13 TRUSTEE'S UNFAVORABLE RECOMMENDATION FOR CONFIRMATION

TO: Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

The Trustee cannot favorably recommend confirmation of this Plan as the Plan violates 11 U.S.C. §1322(b)(1)(B) in that the Debtor is not devoting all of the net projected disposable income over the applicable commitment period to the unsecured creditors. The Trustee believes that the Debtor's income is understated.

Dated this 18th day of August, 2009.

/S/ Terry E. Smith
Terry E. Smith
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City Center, FL 33571-6099
Phone: (813) 658-1165
Fax:    (813) 658-1166

Copies:
Darlene R. Westbrook, 2109 Golf Manor Blvd., Valrico FL 33596
Golden Law Group, 213 N. Parsons Avenue, Brandon FL 33510
WCH/do